IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY ROSHON ROBERTS**                                                                 **PLAINTIFF**

**v.**                    **Case No. 4:14-cv-00244-KGB-JJV**

**DAVID DYLAN, Jail Administrator of**
**Lonoke County Detention Center;** *et al*.                                             **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 20th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE